IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **TAMIKA PLEDGER,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**GLORIA GEITHER,** *Warden of Topeka Correctional Facility*,<br><br>        **Defendant.** | Case No. 20-3168-DDC |

## MEMORANDUM AND ORDER

This matter comes before the court on Tamika Pledger's pro se[1] "Request for Documents." Doc. 21. Respondent, Gloria Geither, has not filed a response. The court grants Ms. Pledger's request in part and denies it in part.

Ms. Pledger's "Request for Documents" asks for three things. *First*, Ms. Pledger requests "Writ of Habeas Corpus docket number 1 and 2." Doc. 21 at 1. The court construes this as a request for document numbers 1 and 2 on the docket for this case. This includes her Petition for Habeas Corpus under 28 U.S.C. § 2254 (Doc. 1) and a Supplemental Brief (Doc. 2) with appendices. **The court directs the Clerk of the Court to send Ms. Pledger a copy of her Petition (Doc. 1), which totals 22 pages.** But the court notes Ms. Pledger's Supplemental Brief (Doc. 2) is 178 pages with attachments. Generally, the Clerk's Office charges 10 cents per page to print copies of any record or document. *See Clerk's Office Fees*, District of Kansas,

---

[1] Because Ms. Pledger proceeds pro se, the court construes her filings liberally. *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (holding that courts must construe pro se litigant's pleadings liberally and hold them to a less stringent standard than formal pleadings drafted by lawyers). But, under this standard, the court does not assume the role as Ms. Pledger's advocate. *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005). The court does not construct arguments for Ms. Pledger or search the record. *Id.*

http://ksd.uscourts.gov/index.php/clerks-office-fees/ (last visited Apr. 26, 2021) ("PRINTING COPIES OF ANY RECORD OR DOCUMENT ACCESSED ELECTRONICALLY AT A PUBLIC TERMINAL IN THE COURTHOUSE, PER PAGE" costs $0.10).  Copying 178 pages imposes an unfair burden on the Clerk's Office.  After all, Ms. Pledger filed this document with the court.  The court thus directs the Clerk of the Court to send Ms. Pledger a statement of costs to copy the Supplemental Brief (Doc. 2).  The Clerk of the Court is directed to send Ms. Pledger a copy of the Supplemental Brief (Doc. 2) once it receives payment for the cost to copy the document.

*Second*, Ms. Pledger requests a copy of "Supplemental brief" for her records.  Doc. 21 at 1.  The court construes this as a request for her document titled "Supplemental Brief for Petitioner Tamika Pledger."  Doc. 14 at 1.  This document totals 22 pages, including attachments.  *See* Doc. 14.  **The court directs the Clerk of the Court to send Ms. Pledger a copy of her Supplemental Brief (Doc. 14) with attachments.**

*Third*, Ms. Pledger requests a copy of "One Box."  Doc. 21 at 1.  The court construes this as a request for the Kansas state court records that the Kansas Attorney General delivered to the Clerk of the Court.  *See* Doc. 20 at 1 (receipt acknowledging the court received "state court records from Wyandotte County District Court . . . consisting of one (1) box.").  This box consists of some 3,000 pages.  Copying these records would impose a heavy burden on the Clerk's Office.  The court directs the Clerk of the Court to send Ms. Pledger a statement of the estimated costs to copy/reproduce these records.  *See Clerk's Office Fees*, District of Kansas, http://ksd.uscourts.gov/index.php/clerks-office-fees/ (last visited Apr. 26, 2021) (listing cost to copy or reproduce records).  The Clerk of the Court is directed to send Ms. Pledger a copy of these records once it receives the estimated payment from Ms. Pledger.

**IT IS THEREFORE ORDERED THAT** Ms. Pledger's "Request for Documents" (Doc. 21) is granted in part and denied in part.

**IT IS FURTHER ORDERED THAT** Ms. Pledger's request for a copy of Document 1 is granted.  The Clerk of the Court is directed to send Ms. Pledger a copy of her Petition (Doc. 1) with attachments.

**IT IS FURTHER ORDERED THAT** the Clerk of the Court is directed to send Ms. Pledger a statement of costs to copy Supplemental Brief (Doc. 2) with attachments.  If the Clerk's Office receives payment, the Clerk of the Court is directed to send Ms. Pledger a copy of the Supplemental Brief (Doc. 2) with attachments.

**IT IS FURTHER ORDERED THAT** Ms. Pledger's request for a copy of her Supplemental Brief (Doc. 14) is granted.  The Clerk of the Court is directed to send Ms. Pledger a copy of her Supplemental Brief (Doc. 14) with attachments.

**IT IS FURTHER ORDERED THAT** the Clerk of the Court is directed to send Ms. Pledger a statement of estimated costs to copy/reproduce her state court records.  If the Clerk's Office receives the estimated payment, then the Clerk of the Court is directed to send Ms. Pledger a copy of the records.

**IT IS SO ORDERED.**

**Dated this 29th day of April, 2021, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**
